UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS JACKSAN,

    Plaintiff,

v.                            Case No. 06-CV-15097-DT

COUNTY OF WASHTENAW et al.,

    Defendants.
                                           /

**ORDER OF DISMISSAL**

On February 20, 2007, the court ordered Plaintiff Chris Jacksan to show cause why this case should not be dismissed for lack of prosecution. Inasmuch as Plaintiff has failed to respond to the court's order by the specified deadline,

IT IS ORDERED that this action is DISMISSED without prejudice for failure to prosecute. E.D. Mich. LR 41.2.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: February 28, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2007, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522